IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBW HOLDINGS INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. _____ |
| | : |
| ROBERT Y. BONHAM, | : |
| GARY D. MABRY, | : |
| CHARLES E. NAIL, JR. and | : |
| MABRY FAMILY LIMITED | : |
| PARTNERSHIP, a Florida limited lia- | : |
| bility partnership. | : |
| | : |
| Defendants. | : |

**RULE 7.1 DISCLOSURE STATEMENT**

HBW Holdings, Inc., Plaintiff in the above-captioned action, discloses pursuant to Federal Rule of Civil Procedure 7.1 that Brera HBW, LLC is the parent entity of HBW Holdings, Inc.

_____
Thomas J. Allingham II (#476)
Edward B. Micheletti (#3794)
T. Victor Clark (#4233)
A. Thompson Bayliss (#4379)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Plaintiff

DATED: August 24, 2005

425515.01-Wilmington S1A