AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 26 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert Bower | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service Accepted by Shawn Moore At 2:38pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-26-05                    Robert Bower
             Date                       Signature of Server

32 Lockerman Sq Ste 109 Dover DE 19904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **Delaware**

HBW HOLDINGS INC.,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ROBERT Y. BONHAM, GARY D. MABRY, CHARLES E. NAIL, JR. and MABRY FAMILY LIMITED PARTNERSHIP, a Florida limited liability partnership,

Defendants.,

CASE NUMBER: 05-623

TO: (Name and address of Defendant)

Robert Y. Bonham
1620 E. Las Olas Blvd.
Fort Lauderdale, FL 33301

**YOU ARE HEREBY SUMMONED** and required to serve on PLATINFF'S ATTORNEY (name and address)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

an answer to the complaint which is served on you this with summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgemnt by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                        AUG 2 4 2005

CLERK                                  DATE

_Monica Mosley_
(By) DEPUTY CLERK