AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _August 26 2005_ |
| NAME OF SERVER *(PRINT)* _Robert Bower_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _Secretary of State if Delaware 401 Federal Street Dover DE 19901. Service Accepted by Shawn Mavic at 2:38 pm_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _8-26-05_
         Date

_Robert Bower_
*Signature of Server*

_32 Loockerman Sq Str 109 Dover DE 19901_
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of        Delaware

HBW HOLDINGS INC.,

               Plaintiff,.

## SUMMONS IN A CIVIL CASE

V.

ROBERT Y. BONHAM, GARY D. MABRY,
CHARLES E. NAIL, JR. and MABRY FAMILY
LIMITED PARTNERSHIP, a Florida limited
liability partnership,

               Defendants.,

CASE NUMBER:     05 -   623

TO: (Name and address of Defendant)

Mabry Family Limited Partnership, LLP
c/o Gary D. Mabry
5080 N. Ocean Drive, 20-A
Singer Island , FL  33404

**YOU ARE HEREBY SUMMONED** and required to serve on PLATINFF'S ATTORNEY (name and address)

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, DE  19899

an answer to the complaint which is served on you this with summons, within 20 days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgemnt by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 2 4 2005

_____
CLERK

_____  _____
DATE

_____
(By) DEPUTY CLERK