AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 26 2005 |
| NAME OF SERVER (PRINT) Robert Bauer | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service accepted by Shawn Moore at 2:38 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-26-05
            Date

Signature of Server: Robt Bauer

Address of Server: 32 Loockerman Sq Ste 105 Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

HBW HOLDINGS INC.,

        Plaintiff,.

**SUMMONS IN A CIVIL CASE**

V.

ROBERT Y. BONHAM, GARY D. MABRY,
CHARLES E. NAIL, JR. and MABRY FAMILY
LIMITED PARTNERSHIP, a Florida limited
liability partnership,

        Defendants.,

CASE NUMBER:   05 - 623

TO: (Name and address of Defendant)

Gary D. Mabry
5080 N. Ocean Drive, 20-A
Singer Island, FL 33404

**YOU ARE HEREBY SUMMONED** and required to serve on **PLATINFF'S ATTORNEY** (name and address)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

an answer to the complaint which is served on you this with summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgemnt by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG 2 4 2005

CLERK                                                      DATE

*/s/ Monica Mooney*

(By) DEPUTY CLERK