IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HBW HOLDINGS INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| | : C.A. No. 05-623 |
| v. | : |
| | : |
| ROBERT Y. BONHAM, | : NOTICE OF DISMISSAL WITHOUT |
| GARY D. MABRY, | : PREJUDICE PURSUANT |
| CHARLES E. NAIL, JR. and | : TO FED. R. CIV. P. 41(a)(1)(i) |
| MABRY FAMILY LIMITED | : |
| PARTNERSHIP, a Florida limited lia- | : |
| bility partnership. | : |
| | : |
| Defendants. | : |

### NOTICE OF DISMISSAL

HBW Holdings Inc., by and through its undersigned counsel of record, hereby dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) as no adverse party has answered or served a motion for summary judgment.

DATED: September 26, 2005

Thomas J. Allingham II (#476)
Edward B. Micheletti (#3794)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Counsel for HBW Holdings Inc.