## CERTIFICATE OF SERVICE

I, Edward B. Micheletti, hereby certify that on September 26, 2005, I electronically filed the forgoing Notice of Dismissal with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

**By CM/ECF**
Daniel V. Folt, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
Counsel for Defendants

/s/ Edward B. Micheletti
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
(302) 651-3000
emich@skadden.com

428618.01-Wilmington S1A